IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carmita J. Avery,  :
:
      Plaintiff(s),  :
:  Case Number: 1:13cv86
vs.  :
:  Chief Judge Susan J. Dlott
Central Cincinnati Properties, et al.,  :
:
      Defendant(s).  :

ORDER

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Litkovitz filed on April 15, 2013 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 2, 2013, hereby ADOPTS said Report and Recommendation.   The Court issued an Order to Show Cause on March 13, 2013 (Doc. 6) ordering plaintiff  to show cause in writing within 14 days or by April 1, 2013 why defendant Wallick Hendy's motion to dismiss and for summary judgment should not be granted.  This order was sent certified mail to the original address plaintiff had given the Court.  The mail was returned as undeliverable to the address.  The document was reissued to plaintiff at a new address that was given to the Court by the post office and that mail was also returned as undeliverable.

      Accordingly, plaintiff's case is **DISMISSED** in its entirety for want of prosecution and for failure to obey an Order of the Court.

      IT IS SO ORDERED.


      ___s/Susan J. Dlott_____
      Chief Judge Susan J. Dlott
      United States District Court